# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **W. C. BRADLEY COMPANY,** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | CASE NO.  4:05-CV-25 (HL) |
| | : | |
| **BIG LOT STORES, INC., et al,** | : | |
| **Defendants** | : | |

## ORDER

The court has been advised by counsel for the parties that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this order by United States mail upon the attorneys of record for the parties appearing in this case.

**SO ORDERED,** this the 28th day of September, 2005.

                                                 **s/  Hugh Lawson**
                                                 **HUGH LAWSON, Judge**
                                                 **United States District Court**